**Paul Edward SHOOK, Jr., Petitioner–Appellant,**

v.

**Lionel C. APKER, Warden, Respondent–Appellee.**

No. 11–15735.

United States Court of Appeals, Ninth Circuit.

Submitted April 17, 2012.*

Filed April 20, 2012.

Paul Edward Shook, Jr., Tucson, AZ, pro se.

Before: LEAVY, PAEZ, and BEA, Circuit Judges.

MEMORANDUM **

Paul Edward Shook, Jr., a federal prisoner, appeals pro se from the district court's judgment dismissing his 28 U.S.C. § 2241 habeas petition. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Shook contends the district court erred by treating his claims of inadequate medical care as arising under *Bivens v. Six Unknown Fed. Narcotics Agents*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), rather than section 2241. We disagree. Despite the relief he seeks, Shook's claims

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

concern the conditions of his confinement and are properly brought under *Bivens.*

The district court acted within its discretion when it dismissed Shook's petition without prejudice for failure to comply with the court's order to file an amended complaint. *See Ferdik v. Bonzelet,* 963 F.2d 1258, 1260–61 (9th Cir.1992).

**AFFIRMED.**

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.